```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/9/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISABEL ALBUQUERQUE,

                Plaintiff,

-against-

STATE FARM FIRE AND CASUALTY
COMPANY, et al.

                Defendants.

No. 20 Civ. 5668 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court is in receipt of Plaintiff's letters, which the Court construes as a letter motion for remand of this matter to Westchester County Supreme Court and for fees and costs incurred as a result of the removal. (ECF Nos. 16 and 19.) The Court is also in receipt of Defendants' letter indicating that they would not oppose remand but would oppose any motion for costs and fees. (ECF No. 17.)

      The Court hereby grants Plaintiff's letter motion to the extent that this case shall be remanded to Westchester County Supreme Court but denies it to the extent that it seeks fees and costs. The denial is without prejudice to Plaintiff seeking such costs from the Westchester County Supreme Court.

      The Court also denies the letter motion at ECF No. 18 as moot.

      The Clerk of Court is kindly directed to terminate the motion at ECF No. 18 and to remand this action to the Westchester County Supreme Court.

Dated:     April 9, 2021
            White Plains, New York

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE